IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-14581AJC

Chapter 13

IN RE:

ROLANDO SOLLA

Debtor

_____/

R# 314588

### DEBTOR'S MOTION TO REINSTATE CASE

COMES NOW, the Debtor ROLANDO SOLLA and pursuant to R. 9024 of the Federal Rules of Bankruptcy Procedure and R. 60 of the Federal Rules of Civil Procedure files his Debtor's Motion to Reinstate case on the following grounds:

FACTUAL BACKGROUND

1.-On April 12, 2017 the Debtor filed Bankruptcy Chapter 13 and an Application to pay the filing fee on installments.

2.-On April 12, 2017 the Honorable Court issued an order granting the Debtor's Application to pay the filing fee on installments. The final installment of $155.00 was due on 06/12/2017.

(1)

3.-On April 26, 2017 the Debtor filed his Chapter 13 plan and his initial schedules.

4.-On April 28, 2017 the Clerk of the Court sent to the Debtor a Notice of Chapter 13 Bankruptcy.

This Notice states on paragraph 7 that a Meeting of Creditors was scheduled for 06-08-2017.

5.-On June 8, 2017 the Debtor went to the 341 meeting of Creditors, and the meeting was adjourned until 06/16/2017.

6.-On June 19, 2017 the Trustee filed a Statement adjourning the Meeting of Creditors for July 21, 2017 .

7.-On June 19, 2017 the Honorable Court issued an order dismissing the Debtor's Case for failure to pay the second installment of the filing fee that was due on June 12, 2017.

8.-The reason why the Debtor did not pay his filing fee on time is that he has a tumor in the head and due to this medical condition he has memory problems .

Therefore;the Debtor was ready to pay the second installment of the filing fee ,but due to his medical conditions he forgot the due date and he did not make the payment on time.

### LEGAL GROUNDS

Pursuant to R. 60 (b)(1) of the Federal Rules of Civil Procedure, on motion and just

terms, the Court may relieve a party or its legal representative from a final judgment, order or proceeding for the following reasons: Mistake, inadvertence, surprise or excusable neglect.

In this case the Debtor did not pay the second installment of his filing fee due to medical reasons (excusable neglect).

9.-To comply with the Local Rule 9013-1( E ) (2 ) the Debtor is attaching to this Motion copy of his payment for the amount of $155.00.

WHEREFORE: For the reasons above stated the Debtor respectfully requests to this Honorable Court to gran his motion.

Respectfully submitted,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 06/28/2017 I served the foregoing Debtor's Motion to Reinstate case to Nancy K. Neidich , Chapter 13 Trustee at P.O.B 279806 , Miramar , FL. 33027 and to the persons and or entities mentioned in the list of

creditors at the last known addresses in this Bankruptcy case by placing a true and correct copy thereof in sealed envelopes in the United States Mail.

_____
ROLANDO SOLLA

Debtor

1790 W 58 ST # 1

Hialeah, FL. 33012